```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **KEITH LAMAR WILLIAMS,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 19-00288-JB-B |
| **PAIGE HOWELL,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 20, 2019 (Doc. 5) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **dismissed with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** this 2nd day of July, 2019.

> s/JEFFREY U. BEAVERSTOCK
> **UNITED STATES DISTRICT JUDGE**