IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEITH LAMAR WILLIAMS,

    Plaintiff,

vs.     CIVIL ACTION NO. 19-00288-JB-B

PAIGE HOWELL, *et al.*,

    Defendants.

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be **dismissed with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** this 2nd of July, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**